IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
MISCELLANEOUS ACTION NO. 3:11-mc-5000

| | | |
|---|---|---|
| JOHN DOE, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| JOHN ROE, | ) | |
|     Respondent, | ) | |
| _____ | ) | |

This matter is before the Court on Petitioner's application and the Magistrate Judge's Memorandum and Recommendation ("M&R") (Doc. No. 12) recommending that the Court deny the petitioner's application.